UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

WILLIAM L. SUMMERS                          Case No: 1:12-MC-033
Ohio Atty. Reg. No. 0013007                  Chief Judge Susan J. Dlott
RESPONDENT

### ORDER OF REINSTATEMENT

This matter is before the Court for consideration of respondent's application for reinstatement, (Doc. 8). Respondent was suspended from the practice of law in Ohio by the Supreme Court of Ohio on March 22, 2012. On April 20, 2012 an Order to Show Cause why this Court should not impose the identical discipline was served upon respondent by certified mail, return receipt requested, and posted to this Courts official website. On June 8, 2012, having no response filed with the Clerk, a reciprocal Order was issued suspending respondent from the practice of law for a period of six months. On August 20, 2013 respondent filed an application for reinstatement.

Respondent avers that he is in compliance with the Supreme Court Order of March 22, 2012, and on December 8, 2012, the Supreme Court of Ohio reinstated him to the practice of law.

Therefore, based on the averments stated in respondent's application for reinstatement, and pursuant to Rule VII of the Model Federal Rules of Disciplinary, adopted by this Court on February 1, 1979, respondent William L. Summers application for reinstatement, (Doc. 8) is hereby **GRANTED**.

The Court finds that Mr. Summers is fit to resume and is hereby permitted to practice law before this Court.

**IT IS SO ORDERED.**

*Susan J. Dlott*
Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio